KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

THOMAS M. O'CONNELL
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAJI SOL QUAYDANAHER, ) <br> ) <br> Defendant. ) <br> _____) | No. CR-05-00747- RMW <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

     On November 23, 2005, the parties in this case appeared before the Court for defendant's arraignment on an information filed by the United States Attorney.. At that appearance, Assistant Federal Public Defender Cynthia Lie requested, due to her schedule and for purposes of continuity of counsel that the case be continued for a plea before the District Court to January 17, 2006. In addition, the defendant, through his counsel, agreed to an exclusion of time under the Speedy Trial Act from November 23, 2005 to January 17, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant and his counsel's respective schedules.

STIPULATION AND [PROPOSED] ORDER
NO. CR-05-00747-RMW          1

1  SO STIPULATED:                         KEVIN V. RYAN
                                          United States Attorney
2

3  DATED: 11/30/05                        /s/ Thomas M. O'Connell
                                          THOMAS M, O'CONNELL
4                                         Assistant United States Attorney

5
   DATED: 11/30/05
6                                         CYNTHIA LIE
                                          Assistant Federal Public Defender
7

8      Accordingly, the Court HEREBY ORDERS that this case is continued to January 17, 2006 at

9  9:30 a.m. before the Honorable Judge Seeborg. Good cause is shown and the continuance is

10 proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

11     For good cause shown, the Court FURTHER ORDERS that time be excluded under the

12 Speedy Trial Act from November 23, 2005 to January 17, 2006. The Court finds, based on the

13 aforementioned reasons, that the ends of justice served by granting the requested continuance

14 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant

15 the requested continuance would deny defense counsel reasonable time necessary for effective

16 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

17 of justice. The Court therefore concludes that this exclusion of time should be made under 18

18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

19 SO ORDERED.

20

21 DATED: 12/12/05                         /s/ Patricia V. Trumbull
                                           PATRICIA V. TRUMBULL
22                                         United States Magistrate Judge